THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLARD H. PECK, Respondent.

Reported below, 146 App. Div. 266.
(Argued March 18, 1912; decided April 9, 1912.)

·MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1911, which reversed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of perjury and dismissed the indictment.

The motion was made upon the ground that the reversal by the Appellate Division was founded on the facts as well as on the law, and that, therefore, the Court of Appeals had no jurisdiction to review the same.

*Ceylon H. Lewis* and *William Nottingham* for motion.

*George H. Bond* opposed.

Motion denied on the ground that this court has jurisdiction to pass upon the sufficiency of the indictment, but that alone, on this appeal.